UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                        Plaintiff,         )<br>                                                    )<br>            v.                                      )<br>                                                    )<br>ISAIAH OUTLAW,                       )<br>                                                    )<br>                        Defendant.    ) | 2:10-CR-455-PMP (LRL) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 14, 2011, defendant ISAIAH OUTLAW pled guilty to Count One of a One-Count Criminal Information charging him with Unlawful Possession of a Machine Gun, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

This Court finds defendant ISAIAH OUTLAW agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Information.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation(**S**) of the Criminal Information and the offense to which defendant ISAIAH OUTLAW pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 18, United States Code, Section 2461(c):

   a.   IMBEL, model FzSA, .308 caliber rifle, serial number PAC1993;

   b.   6 Rounds Winchester-Western Ammunition CAL: .308;

   c.   27 Rounds assorted ammunition CAL: .223; and

1         d.    any and all ammunition.

2     This Court finds the United States of America is now entitled to, and should, reduce the
3 aforementioned property to the possession of the United States of America.

4     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
5 United States of America should seize the aforementioned property.

6     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
7 ISAIAH OUTLAW in the aforementioned property is forfeited and is vested in the United States of
8 America and shall be safely held by the United States of America until further order of the Court.

9     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13 the name and contact information for the government attorney to be served with the petition, pursuant
14 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:

20     Michael A. Humphreys
    Assistant United States Attorney
21     Daniel D. Hollingsworth
    Assistant United States Attorney
22     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
23     Las Vegas, Nevada 89101.

24 . . .

25 . . .

26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 14th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE