**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )          2:10-cr-455-PMP-LRL
vs.                            )
                               )          **O R D E R**
ISAIAH OUTLAW,                 )
                               )
          Defendant.           )
                               )
_____)

On March 4, 2011, this matter came before the Court for hearing on the government's petition for action on the defendant's conditions of pretrial release (#23) and (#28).  The defendant was present in custody, and represented by counsel.  The Court has considered the information and evidence offered by the government and by the defendant, and finds as follows:

There is substantial evidence to support the allegations that on January 29, 2011, the defendant left his residence without permission and failed to provide verification of his whereabouts, as directed by Pretrial Services;

On February 7, 2011, the defendant failed to report to Pretrial Services as directed;

On February 25, 2011, the defendant had an unauthorized leave during curfew hours of 10:00 p.m. to 6:00 a.m.;

On February 26, 2011, the defendant failed to return to his residence at 10:00 p.m. during curfew house of 10:00 p.m. to 6:00 a.m.;

It is unlikely the defendant will abide by any conditions of release.

IT IS THEREFORE ORDERED pursuant to the provisions of 18 U.S.C. § 3148 that the release order heretofore entered on **December 3, 2010,** is hereby revoked.

IT IS FURTHER ORDERED that the defendant shall be detained pending resolution of this case.

DATED this 15th day of March, 2011.

_____
**LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE**