Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for ISAIAH OUTLAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ISAIAH OUTLAW,<br><br>                Defendant. | 2:10-cr-00455-PMP-LRL<br><br>**ORDER ON MOTION TO EXTEND JANUARY 4, 2012 SELF SURRENDER DATE** |

IT IS HEREBY ORDERED that Defendant, ISAIAH OUTLAW's self surrender date of January 4, 2012, be extended to _____ March 4, _2012 before 12:00 noon.

DATED this _ 28th day of November, 2011.

_____
DISTRICT COURT JUDGE

4