RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for ISAIAH OUTLAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ISAIAH OUTLAW,<br><br>　　　　Defendant. | 2:10-cr-00455-PMP-LRL<br><br>**MOTION AND ORDER TO EXTEND MARCH 4, 2012 SELF SURRENDER DATE** |

　　　　COMES NOW the Defendant, ISAIAH OUTLAW, by and through his counsel, Raquel Lazo, Assistant Federal Public Defender, and hereby requests an extension to his March 4, 2012 self surrender date of sixty (60) days.  This request is based upon the attached Points and Authority and all pleadings and papers previously filed herein.

　　　　DATED this 14th day of February, 2012.

　　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　*/s/ Raquel Lazo*
　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　RAQUEL LAZO
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

**POINTS AND AUTHORITIES**

On November 28, 2011, Mr. Outlaw filed a Motion to extend January 4, 2012 Self Surrender Date (#61). This court granted the motion and extended his self-surrender date to March 4, 2012. See Order (#62).

At the time the Motion (#61) was requested, undersigned counsel had learned that Mr. Outlaw had been designated to FMC Butner in North Carolina. Undersigned counsel had also sent Mr. Outlaw's medical records to the Office of Medical Designation and Transportation (OMDT) on October 25, 2011.

On February 10, 2012, in light of Mr. Outlaw's subsequent surgeries and treatment since his designation, undersigned counsel contacted a BOP representative in an effort to supplement Mr. Outlaw's medical records from October 21, 2011 to the present. Undersigned counsel learned that apparently OMDT had never received any of the records undersigned had previously sent. The only record they appear to have received was a dated letter of prognosis dated July 12, 2011. This was a letter from the UMC physician who evaluated Mr. Outlaw after his first surgery while Mr. Outlaw was still in Marshal custody. *See* Defendant's 2255 Motion (#51) at Exhibit F.

On February 13, 2012, undersigned sent a supplemental letter to OMDT enclosing the original letter dated October 25, 2011 and a CD containing all of Mr. Outlaw's medical records from five (5) of his medical providers. *See* Supplemental OMDT Letter (attached hereto as "Exhibit A"). The CD included both the first set of medical records mailed on October 25, 2011, and Mr. Outlaw's most recent medical records from the period of October 2011 to early January 2012, from City of Hope National Medical Center. Also included on the supplemental CD was an updated medical timeline. On February 14, 2012, as instructed by a BOP representative, this letter was also sent to Dr. James Felton at FCI Englewood.

Undersigned believes that although Mr. Outlaw's designation has been made, it is critical that the BOP have received and reviewed all of Mr. Outlaw's medical records prior to his self-surrender to the facility. A continued self-surrender date will ensure that the BOP can, in fact, proved the necessary treatment and care he requires. This is particularly so in light of Mr. Outlaw's unfortunate diagnosis of two grade IV brain tumors. *See* Surgical Pathology Report dated November

8, 2011 (attached hereto as "Exhibit B"). After a set back with surgery, in early December 2011, Mr. Outlaw finally began receiving chemoradiation (whole brain radiation plus partial spinal) in addition to chemotherapy twice daily.

Mr. Outlaw continues compliant with all Pretrial Services conditions. He is essentially confined to his home at this time while receiving treatment.

## **CONCLUSION**

Defendant hereby requests the court to extend his self surrender date from March 4, 2012 to a date in the future, but no earlier then sixty (60) days.

DATED this 14th day of February, 2012.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By_____
RAQUEL LAZO
Assistant Federal Public Defender
Counsel for Isaiah Outlaw

Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for ISAIAH OUTLAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ISAIAH OUTLAW,<br><br>         Defendant. | 2:10-cr-00455-PMP-LRL<br><br>**ORDER ON MOTION TO EXTEND MARCH 4, 2012 SELF SURRENDER DATE** |

   IT IS HEREBY ORDERED that Defendant, ISAIAH OUTLAW's self surrender date of March 4, 2012, be extended to _May 3, 2012, before 12:00 noon.

   DATED this _ 17th day of February, 2012.

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 14, 2012, she served an electronic copy of the above and foregoing **MOTION AND ORDER TO EXTEND MARCH 4, 2012 SELF SURREND DATE**, by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
Assistant Untied States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

*/s/ Karen Brokaw*
_____
Employee of the Federal Public Defender